UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VASMI MADHAV VANGURY,              )<br>                                                             )<br>                    Plaintiff,            )<br>                                                             )<br>v.                                                         )<br>                                                             )<br>DIRECTOR L FRANCIS CISSNA,        )<br>Director U.S. Citizenship and Immigration )<br>Services, DISTRICT DIRECTOR DENISE )<br>M. FRAZIER, District Director, U.S.      )<br>Citizenship and Immigration Services,   )<br>Atlanta, SECRETARY KRISTJEN M.     )<br>NIELSEN, Secretary of the Department of )<br>Homeland Security,                             )<br>                                                             )<br>                    Defendants.         ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:18-CV-135-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Remand and Dismiss Without Prejudice is GRANTED; ii) the case shall be DISMISSED WITHOUT PREJUDICE and REMANDED for adjudication by the U.S. Citizenship and Immigration Services within sixty (60) days of this Order.

**This Judgment Filed and Entered on June 8, 2018, and Copies To:**

Allison Lukanich                                                      (via CM/ECF electronic notification)

Rudy E. Renfer                                                      (via CM/ECF electronic notification)

DATE:                                                                    PETER A. MOORE, JR., CLERK

June 8, 2018                                         (By)  /s/ Nicole Briggeman

                                                                                        Deputy Clerk